IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICOLA ARGENTINA,<br>　　　　Plaintiff, | CIVIL ACTION |
| v. | |
| BARBARA GILLETTE and CITY OF PHILADELPHIA,<br>　　　　Defendants. | NO. 17-2908 |

## O R D E R

**AND NOW**, this 9th day of January, 2019, upon consideration of Defendants' Motion for Summary Judgment and memoranda in support (ECF Nos. 32, 40), and Plaintiff's responses thereto (ECF Nos. 38, 41), **IT IS ORDERED** that the motion is **GRANTED**. Plaintiff's Complaint will be **DISMISSED WITH PREJUDICE**.

　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　**/S/WENDY BEETLESTONE, J.**

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**